IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-01023-RPM-MJW

DARIN BARRETT

　　　　　Plaintiff,

v.

COMPUTER CREDIT, INC., a North Carolina Corporation

　　　　　Defendant

---

## ORDER TO DISMISS CASE WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties Stipulated Motion to Dismiss With Prejudice.  The Court has reviewed the pleading and is fully advised in the premises.  It is

ORDERED that, this action is dismissed with prejudice and all remaining dates scheduled before the Court with respect to this matter are vacated.

DATED July 18th, 2011.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge